In the Matter of SOCIAL SERVICE EMPLOYEES UNION, LOCAL 371, on Behalf of Its Member MATTHEW OPUORU, Appellant, v CITY OF NEW YORK ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent.

Submitted April 13, 2009; decided June 4, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.